## I. W. LYON & SON v. UNITED STATES.

(Circuit Court, S. D. New York. February 7, 1903.)

No. 3,253.

1. CUSTOMS—REVENUE—CHALK—RATE OF DUTY.

Precipitated chalk, dried and bolted, and imported to be used for making tooth powder, is not taxable at one cent a pound, under paragraph 13, Act July 24, 1897 (30 Stat. 152 [U. S. Comp. St. 1901, p. 1627]), "as chalk (not medicine nor prepared for toilet purposes), when ground, precipitated naturally or artificially, or otherwise, prepared," but is taxable under the last clause of the section, at 25 per cent. ad valorem, as manufactures of chalk not specially provided for.

Albert Comstock, for appellant.
Charles D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. This article is precipitated chalk, dried and bolted, and imported and used for making a tooth powder. It was assessed at 1 cent per pound under paragraph 13 of the act of July 24, 1897 (30 Stat. 152 [U. S. Comp. St. 1901, p. 1627]), as "chalk (not medicine nor prepared for toilet purposes) when ground, precipitated naturally or artificially, or otherwise, prepared," apparently because it is not a complete toilet article, but only "intended to be used in the preparation of a toilet article." But the exception is not of toilet articles, but of chalk prepared for toilet purposes, and the use intended is a toilet purpose. It seems to be a manufacture of chalk not otherwise provided for, under another clause of that paragraph, and dutiable at 25 per cent. ad valorem.

Decision reversed.